NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIE E. PEARSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3104

---

Petition for review of the Merit Systems Protection Board in case no. CH1221090692-W-1.

---

## ON MOTION

---

## O R D E R

The Department of Veterans Affairs moves for an extension of time, until August 18, 2011, to file its opposition brief. Julie E. Pearson moves for an extension of time, until September 16, 2011, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 0 9 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Julie E. Pearson
     Christopher A. Bowen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 9 2011

JAN HORBALY
CLERK